IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § § | CRIMINAL NO. H-10-373 |
| NATHANIEL SHOULDERS | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No. 26). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

    Motions are to be filed by:            December 27, 2010
    Responses are to be filed by:          January 5, 2011
    Pretrial conference is reset to:       **January 10, 2011, at 8:45 a.m.**
    Jury trial and selection are reset to: **January 18, 2011, at 9:00 a.m.**

    SIGNED on October 20, 2010, at Houston, Texas.

                                    _____
                                    Lee H. Rosenthal
                                    United States District Judge