IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § § § | CRIMINAL NO. H-10-373 |
| NATHANIEL SHOULDERS JR. | § | |

## ORDER

The defendant, Nathaniel Shoulders, Jr., has filed an unopposed motion for leave to file motions out of time. (Docket Entry No. 46). The motion is granted. Motions must be filed no later than April 14, 2011.

SIGNED on April 14, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge