IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § § | CRIMINAL NO. H-10-373 |
| NATHANIEL SHOULDERS, JR. | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 85). The motion for continuance is GRANTED. The sentencing hearing is reset to **February 29, 2012, at 10:00 a.m.** Objections to the presentence report are due by February 3, 2012.

SIGNED on January 11, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge